PAYSON R. STEVENS *v.* SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Louis B. Blumenfeld,* for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued May 4—decided May 4, 1976

JODY EL IDRISSI *v.* RACHID EL IDRISSI

The plaintiff's motion to dismiss the appeal from the Superior Court in the judicial district of Waterbury is denied.

*Michael A. Meyers,* for the appellee (plaintiff).

*Robert E. Kusch,* for the appellant (defendant).